**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/30/09

E. MISHAN & SONS, INC.,

           **Plaintiff,**

        - against -

**TRISTAR PRODUCTS, INC. et al.,**

           **Defendant.**

**ORDER**

**09 Civ. 8706 (DLC) (RLE)**

**RONALD L. ELLIS, United States Magistrate Judge:**

This action has been referred to Magistrate Judge Ronald L. Ellis for SETTLEMENT.

**A CONFERENCE WILL BE HELD IN THIS CASE ON JANUARY 14, 2010, AT**

**11:00 A.M. IN COURTROOM 18D, 500 PEARL STREET.** All counsel must be present.

Plaintiff's counsel is responsible for confirming with each defendant's counsel that all necessary

participants are aware of this conference.

Unless excused by the Court, each party, together with counsel, must appear in person for

the conference. If a party is not prepared to go forward with settlement discussions, written

notice to the Court is required prior to the conference.

No request for adjournment will be considered unless made at least **THREE BUSINESS**

**DAYS** before the scheduled conference and only after the parties have consulted with each

other. Direct inquiries to Michael Brantley, 212-805-0242.

**SO ORDERED this 22nd day of December 2009**
**New York, New York**

**The Honorable Ronald L. Ellis**
**United States Magistrate Judge**