```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
E. MISHAN & SONS, INC.,                  :
                        Plaintiff,       :
                                         :
            -v-                          :
                                         :
TRISTAR PRODUCTS, INC., HSN LP d/b/a     :
HSN, and HSN, INC.,                      :
                        Defendants.      :
                                         :    09 Civ. 8706 (DLC)
----------------------------------------:
TRISTAR PRODUCTS, INC., HSN LP d/b/a     :
HSN, and HSN, INC.,                      :        ORDER
                        Counterclaim     :
                        Plaintiffs,      :
                                         :
            -v-                          :
                                         :
E. MISHAN & SONS, INC.,                  :
                        Counterclaim     :
                        Defendant.       :
                                         :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/10

DENISE COTE, District Judge:

On January 5, 2010, counterclaim defendant E. Mishan & Sons, Inc., filed a motion to dismiss count two of the counterclaim. It is hereby

ORDERED that the counterclaim plaintiffs' opposition to the motion shall be due **January 29, 2010**, and reply papers, if any, must be filed by **February 5, 2010**. At the time any reply is filed, the counterclaim defendant shall provide two courtesy copies of all motion papers to Chambers by delivering them to

the Courthouse Mailroom, 8th Floor, United States Courthouse,

500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         January 8, 2010

                                        _____
                                              DENISE COTE
                                        United States District Judge